IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chrisp, Tanya R

Printed: 6/24/08

Case Number: 08 B 01398
Judge: Squires, John H
Filed: 1/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | ACC Consumer Finance | Secured | 0.00 | 0.00 |
| 2. | ACC Consumer Finance | Secured | 0.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 31.56 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 17.87 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 414.18 | 0.00 |
| 6. | M3 Financial Services | Unsecured | 812.17 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 114.81 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 94.00 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 46.56 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 27.82 | 0.00 |
| 11. | Mercy Hospital | Unsecured |  | No Claim Filed |
| 12. | Check N Go | Unsecured |  | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 14. | Ferleger & Associates LTD | Unsecured |  | No Claim Filed |
| 15. | MRSI | Unsecured |  | No Claim Filed |
| 16. | America's Financial Choice Inc | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 19. | Mercy Hospital | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 21. | Rush University | Unsecured |  | No Claim Filed |
| 22. | Rush University Medical Center | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 1,558.97 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Chrisp, Tanya R | Case Number: 08 B 01398 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 1/22/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

